UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.

01-CIV-MORENO

MAGISTRATE JUDGE
DUBÉ

EDWIN AND TERESA FRAZIER,
On behalf of TREVARES FRAZIER, a minor,

Plaintiffs,

vs.

SCHOOL BOARD OF MIAMI DADE COUNTY

Defendant



FILED BY _____

01 JUN 21 PM 3:50

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

## COMPLAINT

Plaintiffs, Edwin and Teresa Frazier, on behalf of Trevares Frazier, a minor, sue defendant, School Board of Miami Dade County, and allege:

### NATURE OF THE CASE

1. Plaintiffs bring this action for damages arising out of official acts committed by defendant, under color of law, which deprived Trevares Frazier, a minor, of his rights to equal protection under the law, and substantive and procedural due process, which rights are secured under the Constitution of the United States. Plaintiff further seeks to remedy defendant's racially discriminatory treatment toward Trevares Frazier, in violation of Title VI of the Civil Rights Act of 1964.

2. Plaintiff seeks money damages, appropriate legal and equitable relief, a reasonable attorney's fee, costs, and such other relief as this Court deems appropriate.



## JURISDICTION AND VENUE

3. Jurisdiction of this Court is invoked pursuant to 28.U.S.C. Section 1983, Title VII of the Civil Rights Act of 1964, and 28 U.S.C. Sections 1343(3)(4), conferring original jurisdiction upon this Court over any civil action to recover damages or to secure equitable relief under any Act of Congress providing for the protection of civil rights.

4. As the violations complained of herein occurred in Miami-Dade County, Florida, venue in this jurisdiction is appropriate pursuant to 28 U.S.C. Section 1391.

## PARTIES

5. At all times material hereto, plaintiffs have been citizens of the United States and residents of Miami Dade County, Florida. Moreover, at all times material, Trevares Frazier, an African-American boy, and the child of Edwin and Teresa Frazier, was a student at Highland Oaks Middle School, a Miami Dade County public school.

6. Defendant, School Board of Miami-Dade County, is a subdivision of the state of Florida, organized under the general laws of the state, and charged with the administration of the affairs of the Dade County Public Schools.

## ALLEGATIONS COMMON TO ALL COUNTS

Plaintiffs repeat each allegation in paragraphs 1 through 6, as hereinabove set forth, and further aver:

7. On September 30, 1999, an altercation between plaintiff, Trevares Frazier, and a white student occurred in class, in plain view of their homeroom teacher.

8. This altercation was initiated by the white student. The teacher failed to take appropriate corrective action.

9. At the close of school on the same day, there ensued another altercation between plaintiff, Trevares Frazier, and the white student.

10. On October 1, 1999, based solely on an accusation of the white student, the school suspended Trevares Frazier, without any prior notification to his parents. Moreover, based solely on the accusation of the white student, the school telephoned the Miami Dade County police and had Trevares Frazier arrested.

11. The suspension, arrest and detention of Trevares Frazier, were all done without any prior notification to his parents and without providing the Trevares with an opportunity to be heard prior to the suspension.

12. In contrast, the white youth, who participated in the altercation with Frazier, and who initiated at least one of the altercations, was not disciplined or subjected to any corrective action whatsoever by defendant.

## COUNT I
## DENIAL OF EQUAL PROTECTION
## IN VIOLATION OF 42 U.S.C. SECTION 1983

Plaintiffs repeat and incorporate by reference herein each allegation in paragraphs 1 through 12, as hereinabove set forth, and further aver:

13. The actions of defendant toward Trevares Frazier, as aforesaid, were committed under color of law, pursuant to the policies or customs of defendant, and were discriminatory, in light of the different and favorable treatment accorded the white youth.

14. Defendant's actions deprived Trevares Frazier of the equal protection of the law, in violation of the equal protection clause of the fourteenth amendment to the United States Constitution..

15. As a direct and proximate result of the foregoing actions of the defendant, plaintiff, Trevares Frazier, has suffered severe mental distress and other nonpecuniary damages.

## COUNT II
## VIOLATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964

Plaintiffs repeat and incorporate by reference herein each allegation in paragraphs 1 through 15, as hereinabove set forth, and further aver:

16. The actions of defendant toward Trevares Frazier, as aforesaid, were discriminatory, based on his race, black, in violation of Title VI of the Civil Rights Act of 1964.

17. As a direct and proximate result of the foregoing actions of the defendant, plaintiff has suffered mental anguish and other nonpecuniary damages.

## COUNT III
## DENIAL OF PROCEDURAL AND SUBSTANTIVE DUE PROCESS, IN VIOLATION OF 42 U.S.C SECTION 1983

Plaintiffs repeat and incorporate by reference herein each allegation in paragraphs 1 through 17, as hereinabove set forth, and further aver:

18. The actions of defendant deprived Trevares Frazier of his rights to substantive and procedural due process, as guaranteed by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

19. As a direct and proximate result of the foregoing actions of the defendant, plaintiff has suffered mental anguish and other nonpecuniary damages.

## PRAYER FOR RELIEF

Plaintiffs respectfully request that this Court grant the following relief:

a. Declare that the acts complained of herein are in violation of the rights of Trevares Frazier to equal protection of the laws, as guaranteed by the Fourteenth Amendment; to substantive and procedural due process, as guaranteed by the Fourth, Fifth and Fourteenth Amendments; and also violate Title VI of the Civil Rights Act of 1964.

b. Award plaintiff, Traveres Frazier compensatory and consequential damages as a result of the unlawful acts of defendant;

c. Permanently enjoin the conduct of defendant;

d. Award plaintiff the costs of this action, plus attorney's fees; and

e. Grant such further relief as this Court deems necessary and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all issues so triable.

LAW OFFICE OF LESLIE HOLLAND
370 Minorca Avenue, Suite 11
Coral Gables, Fl. 33134
Tel: 305-448-3101
Fax: 305-446-6248
Lawyer for plaintiffs

By: _____
Leslie Holland
Fl. Bar No. 510688

JUN-20-2001 23:11    AMLONG & AMLONG                    954 523 3192  P.02

**'01-2621**

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-MORENO**

**MAGISTRATE JUDGE DUBE**

**I. (a) PLAINTIFFS**
Edwin and Teresa Frazier on behalf of Travares Frazier, a minor

**DEFENDANTS**
School Board of Miami-Dade County

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A: Dade 1:01CV2621 Moreno/Dube

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Office of Leslie Holland
... Miracle ... St.
Coral Gables, FL 33134

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: ⓓADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | B☐ 640 R.R. & Truck |  | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** |  ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) |  |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | **FEDERAL TAX SUITS** |  |
| ☐ 240 Torts to Land |  | A☐ 535 Death Penalty |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 871 IRS - Third Party 26 USC 7609 | A OR B |
|  |  | B☐ 555 Prison Condition |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
42 USC § 1983, Title VI of the Civil Rights Act of 1964

**LENGTH OF TRIAL**
via 5 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23    **DEMAND $**    CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)    JUDGE _____    DOCKET NUMBER _____

**DATE** June 21, 2001    **SIGNATURE OF ATTORNEY OF RECORD** Leslie Holland

**FOR OFFICE USE ONLY**
$150.00 344347
RECEIPT #_____ AMOUNT_____